```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULF ISLAND SHIPYARDS, LLC,

           Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA,

           Defendants.

1:22-cv-01018-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

Plaintiff initiated this action by filing a complaint on August 16, 2021, in the U.S. District Court for the Eastern District of Louisiana. [ECF No. 1]. Defendants appeared and moved for two extensions of time to answer the complaint, which the Court granted. [ECF Nos. 4–7]. Defendants' latest deadline to answer the Complaint was November 23, 2022. [ECF No. 7].

Defendants moved to transfer venue to the Southern District of New York on the grounds that Plaintiff's claims are subject to a contractual forum selection clause. [ECF No. 8]. Defendants' motion was granted and on February 4, 2022, this case was assigned to me. [ECF Nos. 16, 17].

To date, Defendants have not answered or otherwise responded to the Complaint. As such, IT IS HEREBY ORDERED that Defendants shall answer or otherwise respond to the Complaint on or before March 21, 2022. Defendants' failure to answer or otherwise respond to the Complaint by March 21, 2022, may result in the entry of default judgment.

**SO ORDERED.**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

**Date:** March 7, 2022
      New York, NY