```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GULF ISLAND SHIPYARDS, LLC,

        Plaintiff,

-against-           1:22-cv-01018-MKV

MEDITERRANEAN SHIPPING COMPANY (USA),    ORDER
INC., as agent for MSC MEDITERRANEAN
SHIPPING CO. S.A., GENEVA,

        Defendants.

---

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that initial pretrial conference scheduled for August 2, 2022 at 10:00 AM is ADJOURNED to August 2, 2022 at 11:00 AM.

SO ORDERED.

Date: June 13, 2022
     New York, NY

                                          _____
                                          MARY KAY VYSKOCIL
                                          United States District Judge