```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULF ISLAND SHIPYARDS, LLC,

                Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA, MARTIN BENCHER USA, LLC and MARTIN BENCHER (SCANDINAVIA) A/S,

                Defendants.

1:22-cv-01018-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The parties request permission to appear *via* telephone or video conference for the initial pretrial conference scheduled for August 2, 2022 at 11:00 AM. [ECF No. 53]. This conference was scheduled almost two months ago, on June 9, 2022, to be in-person. [ECF No. 40]. Moreover, this case has been brought to this district specifically on the motion of Defendant MSC Mediterranean Shipping Company (USA), Inc. to transfer this action to this district pursuant to the mandatory forum selection clause in MSC's Sea Waybill. [ECF No. 16, at 2]. Accordingly, the parties' request for permission to appear *via* telephone or video conference for the initial pretrial conference is DENIED.

**SO ORDERED.**

Date: **July 27, 2022**
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**