```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULF ISLAND SHIPYARDS, LLC,

           Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA,

           Defendant.

1:22-cv-01018-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic initial pretrial conference on August 2, 2022. Counsel for all parties were in attendance. In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- The request of Defendant Martin Bencher USA, LLC and Defendant Martin Bencher (Scandinavia) A/S (collectively "Martin Bencher") for a pre-motion conference is DENIED and Martin Bencher is GRANTED leave to file a motion to dismiss. The briefing schedule for Martin Bencher's Motion to Dismiss shall be as follows:

    o Motion due on or before August 19, 2022;

    o Opposition due on or before September 12, 2022; and

    o Reply due on or before September 23.

- Martin Bencher shall serve initial disclosures with respect to it's Motion to Dismiss on or before August 5, 2022.

**SO ORDERED.**

**Date: August 2, 2022**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**