```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GULF ISLANDS SHIPYARDS, LLC,

                        Plaintiff,                    22-CV-01018 (MKV)

      -against-                      **ORDER**

MEDITERRANEAN SHIPPING COMPANY
(USA), INC., as agent for MSC
MEDITERRANEAN SHIPPING CO. S.A.,
GENEVA *et al*,

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On August 2, 2022, this case was assigned to me for settlement. The parties are ordered to file a joint letter no later than **Thursday, August 11, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:    New York, New York
               August 4, 2022

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge