**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GULF ISLANDS SHIPYARDS, LLC,

                                        Plaintiff,

                    -against-

MEDITERRANEAN SHIPPING COMPANY
(USA), INC., as agent for MSC
MEDITERRANEAN SHIPPING CO. S.A.,
GENEVA *et al*,

                                        Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 9/15/2022 __
```

**22-CV-01018 (MKV)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Tuesday,**

**October 4, 2022, at 10:00 a.m.** Counsel for the parties are directed to call Judge

Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929;**

**access code [9781335].**

 **SO ORDERED.**

DATED:        September 15, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge