```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GULF ISLANDS SHIPYARDS, LLC,

                               Plaintiff,

           -against-

MEDITERRANEAN SHIPPING COMPANY
(USA), INC., as agent for MSC
MEDITERRANEAN SHIPPING CO. S.A.,
GENEVA *et al*,

                             Defendants.
-----------------------------------------------------------------X

22-CV-01018 (MKV)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Monday, October 7, 2022, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

  SO ORDERED.

DATED:    October 4, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge