UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GULF ISLAND SHIPYARDS, LLC,

                Plaintiff,

-against-                                 22 CIVIL 1018 (MKV)

**JUDGMENT**

MEDITERRANEAN SHIPPING COMPANY
(USA), INC., as agent for MSC MEDITERRANEAN
SHIPPING CO. S.A., GENEVA, MARTIN
BENCHER USA, LLC, and MARTIN BENCHER
(SCANDINAVIA) A/S,

                Defendants.
-------------------------------------------------------------X
MSC MEDITERRANEAN SHIPPING CO. S.A.,

                Counter-Plaintiff,

-against-

GULF ISLAND SHIPYARDS, LLC,

                Counter-Defendant.
-------------------------------------------------------------X
MSC MEDITERRANEAN SHIPPING CO. S.A.,

                Cross-Plaintiff,

-against-

MARTIN BENCHER USA, LLC and MARTIN
BENCHER (SCANINANVIA) A/S,

                Cross-Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2023, the motion to dismiss filed by Martin Bencher is granted without prejudice, and the motion for partial summary judgment filed by MSC is denied.

**Dated:** New York, New York

      March 29, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                           **Clerk of Court**

                              **BY:**      *K. Mango*

                                                           _____
                                                           **Deputy Clerk**