UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GULF ISLAND SHIPYARDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA,<br><br>Defendants. | Case No.:  1:22-cv-01018-MKV<br><br>**NOTICE OF MSC MEDITERRANEAN SHIPPING COMPANY S.A.'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 29, 2023 OPINION** |
| MSC MEDITERRANEAN SHIPPING COMPANY. S.A.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GULF ISLAND SHIPYARDS, LLC,<br><br>Counter-Defendant. | |
| MSC MEDITERRANEAN SHIPPING COMPANY. S.A.,<br><br>Cross-Plaintiff,<br><br>v.<br><br>MARTIN BENCHER USA LLC and MARTIN BENCHER (SCANDINAVIA) a/s,<br><br>Cross-Defendants. | |

1

**PLEASE TAKE NOTICE** that, pursuant to L. Civ. R. 6.3, and upon the accompanying memorandum of law and all pleadings and proceedings herein, defendant, counter-plaintiff, and cross-plaintiff MSC Mediterranean Shipping Company S.A. ("MSC"), erroneously sued herein as MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA, hereby files this Motion for Reconsideration of the Court's March 29, 2023 Opinion (ECF No. 89, "Order"), and moves this Court before the Honorable Mary Kay Vyskocil, United States District Judge, 500 Pearl Street, courtroom 18C, New York, New York 10007, at a time and date to be determined by this Court, for an Order granting MSC's motion for partial summary judgment limiting MSC's liability, if any, to $1,500.

Dated: April 12, 2023                    Respectfully Submitted,

                                         GORDON & REES LLP

                                         By: /s/ Mark A. Beckman
                                         Mark A. Beckman
                                         1 Battery Park Plaza, 28th Floor
                                         New York, NY 10004
                                         Tel: (212) 269-5500
                                         Fax: (212) 269-5505
                                         mbeckman@grsm.com

                                         *Attorneys for Defendant, Counter-Plaintiff, and Cross-Plaintiff, MSC Mediterranean Shipping Company S.A*