USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULF ISLAND SHIPYARDS, LLC,

                Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA,

                Defendants.

1:22-cv-01018-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The parties are ORDERED to appear for a telephonic status conference on August 1, 2023 at 10:00 AM. The Courtroom Deputy will contact the parties with dial-in information.

**SO ORDERED.**

**Date:  June 13, 2022**
      **New York, NY**

                                      *Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**