UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULF ISLAND SHIPYARDS, LLC,

                Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2023

1:22-cv-1018-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendants' letter regarding their contemplated motion to dismiss Plaintiff's Rule 14(c) tender in this case. [ECF No. 99.] Plaintiff did not file a response. Based on the Court's careful review of the Defendants' letter, a pre-motion conference is not necessary.

    IT IS HEREBY ORDERED that, by June 23, 2023, Plaintiff shall file a letter informing the Court and Defendants whether Plaintiff intends to file an amended complaint. **This will be Plaintiff's last opportunity to amend in response to any issue raised in the pre-motion letter.**

    IT IS FURTHER ORDERED that, if Plaintiff elects to amend, it shall file the amended complaint by July 10, 2023. Defendants shall respond within 14 days. If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

    IT IS FURTHER ORDERED that, if Plaintiff elects *not* to amend, Defendants shall file their contemplated motion by July 10, 2023. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

    Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date:   **June 16, 2023**               **MARY KAY VYSKOCIL**
        **New York, NY**                **United States District Judge**

2