```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULF ISLAND SHIPYARDS, LLC,

           Plaintiff,

-against-                      1:22-cv-1018-MKV

MEDITERRANEAN SHIPPING COMPANY (USA),      ORDER
INC., as agent for MSC MEDITERRANEAN
SHIPPING CO. S.A., GENEVA, et al.,

           Defendants.

MARY KAY VYSKOCIL, United States District Judge:

       In light of the pending motion to dismiss [ECF No. 104], the August 1, 2023 status conference is ADJOURNED *sine die*.

**SO ORDERED.**

Date:  July 20, 2023                           */s/ Mary Kay Vyskocil*
       New York, NY                          **MARY KAY VYSKOCIL**
                                                         **United States District Judge**