```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GULF ISLAND SHIPYARDS, LLC,

            Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY (USA), INC., as agent for MSC MEDITERRANEAN SHIPPING CO. S.A., GENEVA,

            Defendants.

1:22-cv-01018-MKV

**ORDER**

---

**MARY KAY VYSKOCIL, United States District Judge:**

The Court conducted a Post-Discovery Conference on February 13, 2024. As discussed at the Conference, this case is trial ready, and the Court will separately enter a Trial Scheduling Order.

At the Conference, the parties expressed an interest in pursuing consensual resolution of this matter. To that end, no later than 4:00 PM on February 20, 2024, the parties shall file a joint letter advising the Court whether they will pursue private mediation and, if so, the name of the mediator, or whether they seek referral to the Court's Mediation Program or to a Magistrate Judge for a settlement conference.

**SO ORDERED.**

Date: **February 13, 2024**
      **New York, NY**

                                          */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**